UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL WAXTER,

                           Plaintiff,

              -against-                              26-CV-2519 (LTS)

CASA PROMESA; NY STATE,                             ORDER OF DISMISSAL

                           Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action, alleging that Casa Promesa and the State of New York have violated his rights. The Court dismisses the complaint for the following reasons.

Plaintiff previously submitted to this court a substantially similar complaint against Defendants alleging the same set of facts. That action is pending before the Honorable Kimba M. Wood of this court. *See Waxter v. Casa Promesa*, No. 26-CV-1383 (KMW). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, the Court dismisses this complaint without prejudice to Plaintiff's pending case.

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of No. 26-CV-1383 (KMW).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    April 1, 2026
          New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge

2