UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL WAXTER,

                    Plaintiff,

          -against-

CASA PROMESA; NY STATE.,

                    Defendants.

26 CIVIL 02519 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 1, 2026, order, Plaintiff's complaint is dismissed as duplicative of No. 26-CV-1383 (KMW).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962.

SO ORDERED.

Dated:    April 6, 2026

          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                         Chief United States District Judge